UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL    **JS-6**

| Case No. | ED CV 19-0109-TJH(SPx) | Date | APRIL 18, 2022 |
|---|---|---|---|

| Title | Tonika Nadine Cora v. Wells Fargo Bank, N.A. et al |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Order [47] filed on April 18, 2022 will close the case and will grant the Motion for attorney fees [42]. **JS-6**

IT IS SO ORDERED.

cc: all parties

---

CV-90    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk ys